**No. 09-8993. Jose Ramirez, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1915, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2368.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 807.

**No. 09-8994. Luis Rebolla-Sanchez, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1916, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2489.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 738.

**No. 09-8995. Ignacio Solis-Garcia, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1916, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2516.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 919.

**No. 09-8999. Emmanuel James Brunson, Sr., Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1916, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2468.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 351 Fed. Appx. 402.

**No. 09-9003. Calvin L. Owens, Jr., Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1916, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2412.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9004. Gregory Jones, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1916, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2358.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 332 Fed. Appx. 801.

**No. 09-9008. Michael Jerome Thompson, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1916, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2367.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 588 F.3d 197.

**No. 09-9010. Julio C. Valle, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1917, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2424.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 77.